IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF | ) | |
| | ) | |
| V. | ) | 3-07-CV-309-R |
| | ) | |
| DEPUTY MARTIN, Dallas Sheriff's SRT, et al | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case (Dkt. No. 6) to which Plaintiff filed objections (Dkt. No. 10). After reviewing, de novo, the proposed findings, conclusions and recommendation, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of June, 2007.

*[signature: Jerry Buchmeyer]*

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF | ) | |
| | ) | |
| V. | ) | 3-07-CV-309-R |
| | ) | |
| DEPUTY MARTIN, Dallas Sheriff's SRT, et al | ) ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this _____ day of _____, 2007.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE